■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID FIGUEROA, Appellant. [817 NYS2d 196]—Judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J., at plea; Laura A. Ward, J., at sentence), rendered on or about September 23, 2004, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Tom, Saxe, Sullivan and Williams, JJ.